## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE LAND AND MINERAL      :
GROUP, LLC      :
     :
        **Plaintiff,**      :
      **v.**      :    **3:16-CV-00897**
     :    **(JUDGE MARIANI)**
DELAWARE RIVER BASIN      :
COMMISSION      :
     :
        **Defendant, and**      :
     :
DELAWARE RIVERKEEPER NETWORK :
MAYA K. VAN ROSSUM, THE      :
DELAWARE RIVERKEEPER      :
     :
        **Proposed Intervenors-**      :
        **Defendants**      :

## ORDER

**AND NOW**, THIS _12th_ DAY OF SEPTEMBER, 2016, upon consideration of Maya

K. Van Rossum and the Delaware Riverkeeper Network's Motion to Intervene, (Doc. 10), **IT**

**IS HEREBY ORDERED THAT**: the Motion to Intervene is **GRANTED.**

Robert D. Mariani
United States District Judge