THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE LAND AND MINERAL GROUP, LLC** | : |
| Plaintiff, | : |
| v. | : 3:16-CV-00897 |
| | : (JUDGE MARIANI) |
| **DELAWARE RIVER BASIN COMMISSION** | : |
| Defendant, and | : |
| **DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, THE DELAWARE RIVERKEEPER** | : |
| Intervenors-Defendants | : |

## ORDER

**AND NOW, THIS 15th DAY OF DECEMBER, 2016,** upon consideration of non-parties Lackawaxen Honesdale Shippers Association, Northern Wayne Property Owner's Alliance, Inc., and Landowner Advocates of New York, Inc.'s Motion for Permission to Appear, File Brief, and Make Oral Argument if Necessary, (Doc. 37), and non-parties County of Wayne and Wayne Economic Development Council's Motion for Permission to Appear, File Brief, and Make Oral Argument, if Necessary, (Doc. 53), and all briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT:**

1. Non-parties Lackawaxen Honesdale Shippers Association, Northern Wayne Property Owner's Alliance, Inc., and Landowner Advocates of New York,

Inc.'s Motion for Permission to Appear, File Brief, and Make Oral Argument if Necessary, (Doc. 37), is **GRANTED IN PART AND DENIED IN PART**. Non-parties Lackawaxen Honesdale Shippers Association, Northern Wayne Property Owner's Alliance, Inc., and Landowner Advocates of New York, Inc. may file a joint brief, not to exceed ten pages, as *amicus curiae* on behalf of the Plaintiff.   No other participation will be permitted.

2. Non-parties County of Wayne and Wayne Economic Development Council's Motion for Permission to Appear, File Brief, and Make Oral Argument if Necessary, (Doc. 53), is **GRANTED IN PART AND DENIED IN PART**. Non-parties County of Wayne and Wayne Economic Development Council may file a joint brief, not to exceed ten pages, as *amicus curiae* on behalf of the Plaintiff.   No other participation will be permitted.

3. All briefs shall be due within **fourteen (14) days of the date of this Order**.

_____
Robert D. Mariani
United States District Judge