# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE LAND AND MINERAL GROUP, LLC** | : |
| Plaintiff, | : |
| v. | : 3:16-CV-00897 |
| | : (JUDGE MARIANI) |
| **DELAWARE RIVER BASIN COMMISSION** | : |
| Defendant, and | : |
| **DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, THE DELAWARE RIVERKEEPER** | : |
| Intervenors-Defendants | : |

## ORDER

AND NOW, THIS 5th DAY OF JANUARY, 2017, upon consideration of the Motion to Intervene filed by Senators Joseph B. Scarnati, Lisa Baker, and Gene Yaw (Doc. 35), and all briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Senators Joseph B. Scarnati, Lisa Baker, and Gene Yaw's Motion to Intervene, (Doc. 35), is **DENIED**.

2. However, Senators Joseph B. Scarnati, Lisa Baker, and Gene Yaw may file a joint brief, not to exceed ten pages, as *amicus curiae* on behalf of the Plaintiff. No other participation will be permitted.

3. The brief shall be due within **fourteen (14) days of the date of this Order**.

_____
Robert D. Mariani
United States District Judge