THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE LAND AND MINERAL GROUP, LLC | : |
| Plaintiff, | : |
| v. | : 3:16-CV-00897 |
| | : (JUDGE MARIANI) |
| DELAWARE RIVER BASIN COMMISSION | : |
| Defendant, and | : |
| DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, THE DELAWARE RIVERKEEPER | : |
| Intervenors-Defendants | : |

## ORDER

AND NOW, THIS 5TH DAY OF JANUARY, 2017, upon consideration of the Motion to Intervene filed by the Damascus Citizens for Sustainability, Inc., (Doc. 49), and all briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Damascus Citizens for Sustainability, Inc.'s Motion to Intervene, (Doc. 49), is **DENIED**.

2. However, Damascus Citizens for Sustainability, Inc.'s may file a brief, not to exceed ten pages, as *amicus curiae* on behalf of the Defendant. No other participation will be permitted.

3. The brief shall be due within **fourteen (14) days of the date of this Order**.

_____
Robert D. Mariani
United States District Judge