# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE LAND AND MINERAL GROUP, LLC | : |
| Plaintiff, | : |
| v. | : 3:16-CV-00897 |
| | : (JUDGE MARIANI) |
| DELAWARE RIVER BASIN COMMISSION | : |
| Defendant, and | : |
| DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, THE DELAWARE RIVERKEEPER | : |
| Intervenors-Defendants | : |

## ORDER

AND NOW, THIS 23RD DAY OF MARCH, 2017, upon consideration of Defendant's Motion to Dismiss, (Doc. 12), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion, (Doc. 12), is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge