**616THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WAYNE LAND AND MINERAL     :
GROUP, LLC     :
    :
    :
          Plaintiff,     :
     v.     :     3:16-CV-00897
    :     (JUDGE MARIANI)
DELAWARE RIVER BASIN     :
COMMISSION     :
    :
          Defendant, and     :
    :
DELAWARE RIVERKEEPER NETWORK :
MAYA K. VAN ROSSUM, THE     :
DELAWARE RIVERKEEPER     :
    :
          Intervenors-Defendants     :

## ORDER

**AND NOW, THIS** ___14th___ **DAY OF MAY 2019,** upon consideration of Senators

Joseph B. Scarnati, Lisa Baker, and Gene Yaw's Motion to Intervene as Parties Plaintiff

(Doc. 108), and all briefs and exhibits filed in support of and in opposition to the motion, **IT**

**IS HEREBY ORDERED THAT** Senators Joseph B. Scarnati, Lisa Baker, and Gene Yaw's

Motion to Intervene as Parties Plaintiff  (Doc. 108) is **DENIED.**

_____
Robert D. Mariani
United States District Judge