THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE LAND AND MINERAL :
GROUP, LLC, :
 :
    Plaintiff, :
 :
    v. : 3:16-CV-00897
 : (JUDGE MARIANI)
DELAWARE RIVER BASIN :
COMMISSION, :
 :
    Defendant, and :
 :
DELAWARE RIVERKEEPER NETWORK :
MAYA K. VAN ROSSUM, THE :
DELAWARE RIVERKEEPER, :
 :
    Intervenors-Defendants. :

FILED
SCRANTON

JUN 05 2019

PER_____
    DEPUTY CLERK

## ORDER

AND NOW, THIS _____5th_____ DAY OF JUNE 2019, the Court having resolved Defendants' Motions to Compel (Docs. 116, 126) by Memorandum Opinion (Doc. 133) and Order (Doc. 134) of June 4, 2019, and established a fact discovery deadline of September 9, 2019 (Doc. 134 ¶ 6), the following pretrial schedule is established:

1. All potentially dispositive motions shall be filed no later than **February 7, 2020.** If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

2. Initial expert reports shall be due on or before **October 9, 2019.**

3. Rebuttal expert reports shall be due on or before **November 8, 2019**.

4. Supplementations shall be due on or before **December 9, 2019**.

5. All expert discovery shall be commenced in time to be completed by **January 8, 2020.**

6. Scheduling of trial in this matter will be held in abeyance pending the expiration of the dispositive motion deadline and the resolution of any dispositive motions.

Robert D. Mariani
United States District Judge