# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE LAND AND MINERAL GROUP, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:16-cv-00897-RDM |
| | : | Honorable Robert D. Mariani |
| DELAWARE RIVER BASIN COMMISSION | : | |
| | : | |
| Defendant, and | : | |
| | : | |
| DELAWARE RIVERKEEPER NETWORK and MAYA VAN ROSSUM, THE DELAWARE RIVERKEEPER, | : | |
| | : | |
| Intervenors-Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that Senators Joseph B. Scarnati, Gene Yaw and Lisa Baker (the "Senators"), Proposed Intervenors in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order denying the Senators' Motion to Intervene entered in this action on May 14, 2019 (Doc. 132) (Exhibit A), and the accompanying Memorandum Opinion (Doc. 131) (Exhibit B).

Respectfully Submitted,

/s/ Matthew H. Haverstick
Matthew H. Haverstick, Esq. (No. 85072)
Shohin H. Vance (No. 323551)
KLEINBARD LLC
Three Logan Square; 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph:  (215) 568-2000
Email:  mhaverstick@kleinbard.com
         svance@kleinbard.com

*Counsel for Proposed Intervenors Senators
Joseph Scarnati, Lisa Baker and Gene Yaw*

Dated: June 11, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I caused a true copy of Senators Joseph B. Scarnati, Lisa Baker and Gene Yaw's Motion for Oral Argument on Motion to Intervene as Parties-Plaintiff to be served upon the necessary parties via the Court's ECF System.

                                      Respectfully submitted,

                                      */s/ Shohin H. Vance*
                                      Shohin H. Vance

                                      *Counsel for Proposed Intervenors Senators*
                                      *Joseph Scarnati, Lisa Baker and Gene Yaw*

Dated: June 11, 2019

{01773916;v1 }