THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE LAND AND MIINERAL GROUP, LLC,** | : <br> : CIVIL ACTION NO. 3:16-CV-897 <br> : (JUDGE MARIANI) |
| Plaintiff, | : |
| v. | : |
| **DELAWARE RIVER BASIN COMMISSION,** | : |
| Defendant, and | : |
| **DELAWARE RIVERKEEPER NETWORK, et al.,** | : |
| Intervenors-Defendants. | : |

## ORDER

AND NOW, THIS **6th** DAY OF JANUARY 2021, upon consideration of Defendant Delaware River Basin Commission's Motion for Partial Summary Judgment (Doc. 169) and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant Delaware River Basin Commission's Motion for Partial Summary Judgment (Doc. 169) is **DENIED**.

Robert D. Mariani
United States District Judge